133 F.3d 910
 James K. Lattaker
v.
Delicha Lattaker, Mary Ann Bach, Jeanne Bingham, Judge Max
Baer, Joseph Chester, Charles Kozakiewicz, Deputy Warden
Longmore, J. Flower, R. Carraba, Pittsburgh Police
Department, Court of Common Pleas of Allegheny County Family
Division, Allegheny County Jail, Allegheny County Law
Department, Allegheny County, Law Officers of Caplan and Chester
 NO. 97-3372
 United States Court of Appeals,
Third Circuit.
 Nov 28, 1997
 
 Appeal From: W.D.Pa. ,No.96cv00913 ,
 Ambrose, J.
 
 
 1
 Affirmed.